IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 15-cv-02777-RM

KELLY GAHAN

    Plaintiff,

v.

SANOFI S.A.,
AVENTIS PHARMA S.A.,
SANOFI-AVENTIS U.S., INC.,
SANOFI-AVENTIS U.S. LLC,
SANOFI US SERVICES INC., and
WINTHROP U.S.

    Defendants.

---

ORDER DISCHARGING
THE COURT'S DECEMBER 24, 2015 ORDER TO SHOW CAUSE (ECF NO. 8)

---

On December 24, 2015, the Court issued an order requiring Plaintiff Kelly Gahan to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Specifically, the Court required Plaintiff to demonstrate the identity and citizenship of all of Defendant Sanofi-Aventis U.S. LLC's individual members so the Court could determine the citizenship of the LLC defendant. On January 6, 2016, Plaintiff filed a response representing the only member and 100% owner of Defendant Sanofi-Aventis U.S. LLC is Sanofi S.A., a corporation organized in France with its principal place of business in Paris, France.

Based on the record, the December 24, 2015 Order to Show Cause (ECF No. 8) is **DISCHARGED.**

DATED this 7th day of January, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge