IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02777-RM-MJW

KELLY GAHAN,

Plaintiff,

v.

SANOFI S.A.,
AVENTIS PHARMA S.A.,
SANOFI-AVENTIS U.S., INC.,
SANOFI-AVENTIS U.S. LLC,
SANOFI US SERVICES INC., and
WINTRHOP U.S.

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Unopposed Motion to Reset Defendants' Deadline to Respond to Plaintiff's Amended Complaint and Jury Demand and to Withdraw Defendants' Motion to Dismiss (Docket No. 40) is GRANTED for good cause shown;

- Defendants' Motion to Dismiss (Docket No. 38) is WITHDRAWN;

- Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. SHALL FILE an answer or other response to the First Amended Complaint and Jury Demand (Docket No. 25) on or before July 5, 2016;

- The Scheduling Conference currently set for April 6, 2016, at 9:00 a.m. is CONVERTED to a Status Conference; and

- The deadline to file a proposed scheduling order is VACATED.

Date: March 7, 2016